IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CORY WILLIAMS,                          :
#159530                                 :
    Plaintiff,                          :
                                        :
        vs.                             :    CIVIL ACTION 12-592-WS-M
                                        :
TONY PATTERSON, *et al.*,               :
    Defendants.                         :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

DONE this 10th day of September, 2013.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE