```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CORY WILLIAMS,                          :
#159530                                 :
    Plaintiff,                          :
                                        :
vs.                                     :   CIVIL ACTION 12-592-WS-M
                                        :
TONY PATTERSON, *et al.*,               :
    Defendants.                         :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that the due process claims against Defendants Patterson, Ashby, Earl, Dailey and Watson be DISMISSED with prejudice. As there are no remaining claims against Ashby, Earl and Watson, these Defendants are DISMISSED, with prejudice, from this action.

DONE this 10th day of September, 2013.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE