IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CORY WILLIAMS, #159530<br>    Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-592-WS-M |
| TONY PATTERSON, *et al.*,<br>    Defendants. | : | |

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff Cory Williams' retaliation claims against Defendants Tony Patterson and Ervin Dailey are **DISMISSED** with prejudice.

DONE this 21st day of January, 2014.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE