```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
         SOUTHERN DIVISION

CORY WILLIAMS,                   :
#159530                          :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 12-592-WS-M
                                 :
TONY PATTERSON, et al.,          :
    Defendants.                  :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be entered in favor of Defendants Tony Patterson and Ervin Dailey and against Plaintiff, Cory Williams, and that this action be **DISMISSED** with prejudice.

DONE this 21st day of January, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE